IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGG HENNIX**, et al.,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>**BELFOR USA GROUP, INC.**, et al.,<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 22-1473-KSM** |

## ORDER

**AND NOW**, this 25th day of August, 2022, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 13), Defendant Belfor USA Group, Inc.'s opposition brief (Doc. No. 14), Plaintiffs' reply brief (Doc. No. 15), and Defendant's surreply brief (Doc. No. 16), it is **ORDERED** that the motion is **DENIED.**[1]

**IT IS FURTHER ORDERED** that upon consideration of Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 17), Defendant's opposition brief (Doc. No. 18), Plaintiffs' reply brief (Doc. No. 19), Defendant's surreply brief (Doc. No. 21), and Plaintiffs' supplemental production (Doc. No. 22), the motion to amend is **GRANTED.**  Plaintiffs' shall file a clean copy of their Amended Complaint by **August 26, 2022.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] As the Court explains in the contemporaneously filed Memorandum, the Court denies the motion to remand because the case was properly removed on the basis of diversity jurisdiction. Nevertheless, this Court will lose jurisdiction when Plaintiffs amend the Complaint, and at that time the Court will enter an order remanding this case to the Court of Common Pleas.